IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BAPTIST HOMES, INC.                                                                                      PLAINTIFF

v.                                                 CIVIL ACTION NO. 3:24cv92-KHJ-MTP

CITY OF MADISON, MISSISSIPPI, *et al.*                                                   DEFENDANTS

## **AMENDED CASE MANAGEMENT ORDER**

This matter is before the Court on the parties' Joint Motion to Stay and to Amend Case Management Order [69]. The parties represent that they have reached an agreement in principle to resolve this matter and move to stay these proceedings to allow for the necessary time to complete the settlement paperwork to present to the governing boards of each party for final execution and approval. In the event settlement is not approved by the governing board of either party, the parties also move to extend the discovery deadline for the limited purpose of taking the 30(b)(6) deposition of the City of Madison and the deposition of Kianca Guyton.

The court declines to enter a stay as it does not appear to be necessary under the circumstances. The court will instead extend the discovery deadline as requested. The requested extension will require a trial continuance, and the parties have no objection. The Court hereby grants the Motion [69], in part, and amends the Case Management Order [25] as follows:

IT IS, THEREFORE, ORDERED AS FOLLOWS:

1. The discovery deadline is extended to October 15, 2025, for the sole purpose of taking the 30(b)(6) deposition of the City of Madison and the deposition of Kianca Guyton.

2. The dispositive motions and *Daubert* motions deadlines are extended to October 29, 2025. The deadline for motions *in limine* is twenty-one days before the pretrial conference; the deadline for responses is fourteen days before the pretrial conference.

3. The pre-trial conference is reset for March 5, 2026, before District Judge Kristi H. Johnson.

4. The jury trial is reset for a two-week term beginning April 6, 2026, before District Judge Kristi H. Johnson.

5. Except as set forth herein, all other terms and provisions of the Case Management Order [25] remain in effect.

6. Any further relief requested in the parties' Joint Motion, including the request to stay these proceedings, is hereby denied.

SO ORDERED this 16th day of June, 2025.

                                             s/Michael T. Parker
                                             UNITED STATES MAGISTRATE JUDGE