UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BAPTIST HOMES, INC.                                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 3:24-CV-92-KHJ-MTP

CITY OF MADISON, MISSISSIPPI                                           DEFENDANT

ORDER

Before the Court is Defendant the City of Madison's ("City") [81] Motion in Limine. For the reasons below, the Court denies the motion.

The [81] Motion seeks to exclude certain deposition testimony. Mot. in Lim. [81] at 2–3. The City contends that Aaron Minor's deposition testimony changed after consulting with his attorney on a break. *Id.* So the City seeks to prohibit Plaintiff Baptist Homes from offering evidence at trial of the changed, more favorable testimony after the witness spoke to his attorney. *Id.* at 3.

The City may highlight the change in testimony on cross-examination, but exclusion is not the proper remedy. So the Court denies the [81] Motion. In doing so, the Court has considered all the parties' arguments. Those arguments not addressed would not have altered the Court's decision.

SO ORDERED, this 11th day of May, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE